

PHILIP D. MURPHY
*Governor*

SHEILA Y. OLIVER
*Lt. Governor*

### *State of New Jersey*
OFFICE OF THE ATTORNEY GENERAL
DEPARTMENT OF LAW AND PUBLIC SAFETY
DIVISION OF LAW
25 MARKET STREET
PO BOX 112
TRENTON, NJ 08625-0112

MATTHEW J. PLATKIN
*Acting Attorney General*

MICHAEL T.G. LONG
*Director*

January 5, 2023

Hon. Christine P. O'Hearn, U.S.M.J.
Mitchell H. Cohen Bldg. & US Courthouse
4th & Cooper Streets, RM 1050
Camden, NJ 08101

      Re: Spratley v. New Jersey State Police, et al.
      <u>Civ. Dkt. # 1:22-cv-04586-CPO-MJS</u>

Dear Judge O'Hearn,

    The undersigned counsel represents Defendants New Jersey State Police, Taylor Anderson, Steven Beck, Steven Nickels, Thomas O'Connor, and Patrick Callahan in the above captioned matter.

    As the case was recently acquired by this Office, additional time is needed to gather necessary information in order to provide a thorough response to the allegations. Moreover, pursuant to the internal protocols for this Office, individual New Jersey State Police defendants must first request legal representation, and those requests must then be reviewed and approved. At this time, legal representation has been requested and conflict checks are in process.

    As such, our office respectfully requests an additional 30 days to answer, move, or otherwise reply to the complaint. This extension will allow for our office to determine which defendants will be represented and allow for a complete response to Plaintiff's allegations. Plaintiff will not be prejudiced by this extension. Plaintiff's counsel has consented to this extension request.

    We thank the court for its consideration of the within request.



HUGHES JUSTICE COMPLEX • TELEPHONE: (609) 376-2440 • FAX: (609) 777-3607
*New Jersey Is An Equal Opportunity Employer • Printed on Recycled Paper and Recyclable*

Sincerely yours,

MATTHEW J. PLATKIN
ATTORNEY GENERAL OF NEW JERSEY

By:  s/Leah E. Traub
     Leah E. Traub
     Deputy Attorney General

Dated: January 5, 2023


cc via CM/ECF: Terrell A. Ratliff, Esq. & Samuel D. Jackson,
Esq., Attorneys for Plaintiff

