# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| TOUSIANT F. SPRATLEY, an individual,<br><br>Plaintiff,<br><br>v.<br><br>TPR. T.J. ANDERSON (#7961), in his individual capacity,<br>TPR. S.M. BECK (#7827), in his individual capacity,<br>TPR. S.R. NICKELS (#8339), in his individual capacity, and<br>SGT. T.K. O'CONNOR (#6999), in his individual capacity,<br><br>Defendants. | Civil Action No. 1:22-cv-04586-CPO-MJS<br><br>Hon. Christine P. O'Hearn, presiding<br>Hon. Matthew J. Skahill, referral<br><br><br>**SUBSTITUTION OF ATTORNEY** |

The undersigned hereby consents to the substitution of Betsy G. Ramos, Esq. of the law firm of Capehart & Scatchard, P.A. as attorney for TPR. T.J. ANDERSON (#7961), in his individual capacity, TPR. S.M. BECK (#7827), in his individual capacity, TPR. S.R. NICKELS (#8339), in his individual capacity, and SGT. T.K. O'CONNOR (#6999), in his individual capacity in the above entitled case.

Dated: March 27, 2024

| | |
|---|---|
| CAPEHART & SCATCHARD, P.A. | NEW JERSEY OFFICE OF THE ATTORNEY GENERAL |
| By */s/ Betsy G. Ramos*<br>Betsy G. Ramos<br>Superseding Attorney | By */s/ Marvin L. Freeman*<br>Marvin L. Freeman, DAG<br>Withdrawing Attorney |

12719306