AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of New Jersey

| | |
|---|---|
| Tousiant F. Spratley ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 1:22-cv-04586-CPO-MJS |
| TPR. T.J. ANDERSON (#7961), et al. ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff, TOUSIANT F. SPRATLEY.

Date:  02/04/2025

*Attorney's signature*

Samuel D. Jackson, NJ ID: 130452017
*Printed name and bar number*

Ratliff Jackson, LLP
811 Church Road, Suite 105
Cherry Hill, NJ 08002

*Address*

Sam@RatliffJackson.com
*E-mail address*

(856) 344-3808
*Telephone number*

(908) 543-3534
*FAX number*