

Betsy G. Ramos
856.914.2052
bramos@capehart.com
Fax: 856.235.2786

February 10, 2025

<u>*Via eCourts*</u>

Honorable Mathew J. Skahill, U.S.D.J
Courtroom 3C
Mitchell H. Cohen Building & U.S. Courthouse
4th & Cooper Streets
Camden, NJ  08101

Re:  Spratley v. Anderson, et al
     Docket No. 1:22-cv-04586-CPO-MJS
     Our File No. 8794-61940

Dear Judge Skahill:

    This office represents the Trooper defendants in the above matter.  There is currently a settlement conference scheduled before Your Honor on February 13, 2025 at 9:00 am.  I am writing to request that said conference be adjourned to permit me to attend the funeral of the wife of my former long time law partner, which has just been set for that morning.  I have the consent of my adversary.

    If the court wishes, I can confer with my adversary to offer some new dates for the conference.

                          Respectfully submitted,

                           CAPEHART & SCATCHARD, P.A.

                           \s *Betsy G. Ramos*

                           Betsy G. Ramos

BGR/bgr
Enclosure
14062555
cc:   Samuel D. Jackson, Esq. *(via efiling)*
      Ashleigh B. Shelton, Esq. *(via email)*